UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RUBEN BECERRADA,

        Plaintiff,

    v.

R. OZUNA, *et al.*,

        Defendants.

Case No. 1:26-cv-00571-EPG (PC)

ORDER TO ASSIGN A DISTRICT JUDGE

FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED ONLY ON PLAINTIFF'S FIRST AMENDMENT RETALIATION CLAIM AGAINST DEFENDANT OZUNA

(ECF Nos. 1, 8)

OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS

Plaintiff Ruben Becerrada is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. (ECF Nos. 1, 7). He alleges that prison officials retaliated against him, subjected him to unconstitutional conditions of confinement, denied him due process, and deprived him of property in connection with his complaints that prison staff members were giving out only partial rolls of toilet paper to inmates. (ECF No. 1).

On January 30, 2026, the Court screened the complaint, concluding that only Plaintiff's claim that Defendant R. Ozuna retaliated against him in violation of the First Amendment may proceed past screening. (ECF No. 8). The Court explained why the complaint otherwise failed to state any claims and gave Plaintiff thirty days to either file (1) a notice to go forward on his cognizable claim, (2) an amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a District Judge. (*Id.* at 11).

1

On February 17, 2026, Plaintiff filed a notice stating as follows: "I Ruben Becerrada understand this Court[']s findings and plaintiff wish only to proceed [on] his claim against R. Ozuna for the retaliation allegations that violation of my First Amendment civil rights had occurred." (ECF No. 9, p. 1) (minor alterations).

Accordingly, IT IS ORDERED that the Clerk of Court is directed to assign a District Judge to this case.

And for the reasons set forth in the Court's screening order (ECF No. 8), and because Plaintiff has notified the Court that he wants to proceed on the claim that the Court found should proceed past screening (ECF No. 9), IT IS RECOMMENDED that all claims and Defendants be dismissed, except for Plaintiff's claim that Defendant Ozuna retaliated against him in violation of the First Amendment.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than 15 pages, including exhibits. Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **February 19, 2026**                    /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE