# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RUBEN BECERRADA,

         Plaintiff,

    v.

R. OZUNA, *et al.*,

         Defendants.

No. 1:26-cv-0571 JLT EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. 11)

Plaintiff Ruben Becerrada is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2026, the assigned magistrate judge issued findings and recommendations, recommending that all claims and Defendants be dismissed, except for Plaintiff's claim that Defendant Ozuna retaliated against him in violation of the First Amendment. (Doc. 11.) The findings and recommendations were served on Plaintiff, advised him that any objections were due within 30 days, and warned him that failure to timely file objections may result in the waiver of rights on appeal. (*Id*. at 2, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections. Moreover, Plaintiff previously advised the Court that he wanted to proceed only on his retaliation claim against Ozuna. (Doc. 9.)

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the entire file, the Court concludes the findings and

1

recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS:**

1. The findings and recommendations issued on February 19, 2026, (Doc. 11), are **ADOPTED IN FULL.**

2. All claims and Defendants are **DISMISSED**, except for Plaintiff's claim that Defendant Ozuna retaliated against Plaintiff in violation of the First Amendment.

3. Accordingly, the Clerk of Court is directed to terminate Defendants Burrios, Gonzales, and Anaya on the docket.

IT IS SO ORDERED.

Dated:   **March 31, 2026**

UNITED STATES DISTRICT JUDGE